UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAMON J. STAMPS                                               CIVIL ACTION

VERSUS                                                        NO. 12-1049

DEPUTY Q. WALKER                                              SECTION "N"(3)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that defendant's motion for summary judgment is **GRANTED** and that plaintiff's claim is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE